

# THE THIRTEENTH COURT OF APPEALS

13-12-00100-CV

SAMUEL CREGO
v.
GUILLERMO LASH & JOHN HOYSICK

On Appeal from the
404th District Court of Cameron County, Texas
Trial Cause No. 2010-DCL-3050-G

JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on

appeal, concludes that the judgment of the trial court should be affirmed.  The Court

orders the judgment of the trial court AFFIRMED.  Costs of the appeal are adjudged

against appellant.

We further order this decision certified below for observance.

December 19, 2013